UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In re:   MARCIA GORDON,                                                          Chapter 13_____
        RUDOLPH FORBES                                                               **1-14-44989-nhl**
                                                                                                Case No. _____

                                      Debtor(s)                                     **CHAPTER 13 PLAN**
-----------------------------------------------------X

      1.   The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of __60__ months, the sum of __$2,900.00__ commencing __**November 2014**__ through and including **October 2019** for a period of 60 months;

      2.   From the payments so received, the trustee shall make the distributions as follows:
         (a)   Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507.
         (b)   Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).**

Eastern Savings Bank (Mortgage Loan) to be pre-petition arrears in the sum of **$145,000.00** plus **0%** interest over the life of the plan.

         (c)   Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: **PRO RATA distribution to timely filed proofs of claim of not less than 20%** (percent).

      3.   All lease agreements are hereby assumed unless specifically rejected as follows:
        Other Party                                   Description of Contract or Lease
        **-NONE-**

      4.   During the pendency of this case, the debtor(s) will provide the trustee with signed copies of filed federal and state tax returns for each year, no later than April 15 of the year following the tax period.  Indicated tax refunds are to be paid to the Trustee upon receipt, however, no later than June 15th, of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan, unless otherwise provided in the Order confirming this plan.  Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee of the Court.

s/Marcia Gordon_____                                                      s/ Rudolph Forbes_____
**Marcia Gordon**                                                                           **Rudolph Forbes**
**Debtor**                                                                                        **Joint Debtor**

                                                                                                       _____
                                                                                                       **Francis E. Hemmings 3941762**
                                                                                                         **Attorney for Debtor**